IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**EDDY CLARK,**                              )
                                             )
                Plaintiff,                   )
                                             )        Case No.  4:07-cv-2027 (SNL)
       vs.                                   )
                                             )
**MATTHEWS INTERNATIONAL**                   )
**CORPORATION,**                             )
                                             )
                Defendant.                   )
                                             )
                                             )
                                             )

## PLAINTIFF'S PRETRIAL DISCLOSURE BRIEF WITH EXHIBIT LIST

Comes Now Plaintiff, Eddy Clark ("Clark"), and through his counsel, pursuant to the

Court's Case Management Order dated April 21, 2008, provides the following information,

and exhibit list, in compliance with the Court's order relating to trial.

## STIPULATIONS

Pursuant to Section II, paragraph 1 of the Court's Order relating to trial, Plaintiff

submitted a Proposed Stipulation of Facts and Voir Dire Statements. Despite attempts to agree,

the parties have only agreed to the following stipulated fact:

1.   Clark was born on September 15, 1949.

2.   Matthews maintains a St. Louis office for its Graphics Arts Division.

3.   Clark worked for Matthews since May 18, 1992 as an Artist and Electronic Artist.

4.   In 2006 and January 2007, Matthews had reductions in force ("RIF") at the St. Louis
     facility.

{00028696.DOC}1

5.     In 2006, Matthews terminated the following employees at the St. Louis facility:

| | | |
|---|---|---|
| Vicki Bates | born 1950 | Terminated 8/18/06 |
| Jacob Lutz | born 7/15/66 | Terminated 9/8/06 |
| Jacqueline Steed | born 1960 | Terminated 10/5/06 |
| Jason Pickens | born 1974 | Terminated 10/6/06 |
| Lynn Oder | born 1965 | Terminated 10/6/06 |
| Gary Smith | born 1942 | Terminated 10/27/06 |

6.     On January 31, 2007, the following employees were terminated from Matthews:

| | |
|---|---|
| Ed Clark | born 1949 |
| Tom Foster | born 1946 |
| John Hardy | born 1958 |
| Jim Morrison | born 1960 |
| Donald Barton | born 1959 |
| Jan Koprek | born 1956 |
| James Runge | born 1955 |
| Ron Styles | born 1953 |
| Steve Anderson | born 1955 |

## VOIR DIRE STATEMENT

**The Parties could not reach agreement as to a voir dire statement.**

**Plaintiff's counsel proposes the following voir dire statement:**

The Plaintiff Ed Clark ("Clark") is a 62 year old electronic graphics artist who brought a suit against Matthews International Corporation ("Matthews"), under a statute known as the Missouri Human Rights Act concerning his termination. Matthews is a Pennsylvania corporation with offices in many states. It does printing and primary packaging nationwide, and operates a section of its Graphics Arts Division in St. Louis.

Clark was terminated by Matthews on January 31, 2007 when Clark was 57 years old. Clark worked for Matthews in St. Louis since May 18, 1992 as an artist. His job was to prepare clients' "artwork" through the aid of a computer for printing on cardboard packaging. Clark

{00028696.DOC}2

alleges that at the time of his termination, his age was a contributing factor to Matthews'
decision to terminate him.

Matthews International Corporation contends that Clark's age was not a contributing
factor in its decision to terminate Clark.

## WITNESSES

Pursuant to Section II, paragraph 1 of the Court's Order relating to trial, Plaintiff states
he will call the following witnesses to testify in this matter:

1.  Eddy Clark.

Plaintiff may further call the following witnesses to testify in this matter:

1.  Kerry Beaver.
2.  Deena Zadylak
3.  Matthews' Keeper of Records
4.  Janet Koprek
5.  Daniel Martinez
6.  Randall Peek.
7.  Lynn Oder.
8.  Tom Foster.
9.  Bob Follis,
10. Eric Nishbach,
11. Lillian Spruill,
12. James Morrison,
13. Jeffrey Buriss,
14. Stephen Anderson,
15. James Hoeff,
16. John Hardy,
17. Cindy Prinster,
18. Richard Otte,
19. William Styles,
20. Jennifer Messinger,
21. Michael Deloff.
22. Gary Lee West
23. Gary Smith
24. Jason Pickens
25. Jake Lutz
26. Jaqueline Steed

{00028696.DOC}3

27. Jane Willerding
28. Jason Pickens
29. Brian Willsey
30. Donald Barton
31. Lisa Huseman

## PLAINTIFF'S EXHIBITS INDEX

Pursuant to Section II, paragraph 3 of the Court's Order relating to trial, Plaintiff states:

**Plaintiff will introduce the following Exhibits into Evidence:**

Exhibit 1     Charge of Discrimination/Missouri Commission on Human
              Rights, dated February 27, 2007

Exhibit 2     Missouri Commission on Human Rights Notice of Right
              To Sue, dated November 30, 2007

Exhibit 3     Affidavit of Deena Zadylak, dated July 1, 2009

Exhibit 4     Memo to Deena Zadylak from Kerry Beaver regarding a partial
              Reduction list, dated January 10, 2007, Bates labeled 601 and
              MIC-EDC1851

Exhibit 5     Memo to Deena Zadylak from Kerry Beaver regarding an update
              to the partial reduction list, dated January 14, 2007, Bates labeled
              602, 603, and MIC-EDC1852, 1853

Exhibit 6     Memo to Deena Zadylak from Kerry Beaver regarding Stl reductions,
              Dated January 19, 2007, Bates labeled 604 and MIC-EDC1854

Exhibit 7     List of employees layed off on 01-31-07, Bated labeled
              EDC-MIC5127

Exhibit 8     Matthews International Human Resource Policy No. 309, Subject:
              Layoff, dated revised January 1, 2007, Bates labeled 1081,1082
              and MIC-EDC1596,1597

Exhibit 9     Matthews Handbook Policy regarding Seniority, Bates labeled
              MIC-EDC1015

**Plaintiff may introduce the following Exhibits into Evidence:**

{00028696.DOC}4

Exhibit 10     Matthews layoff form for Eddy Clark, dated 1/30/07

Exhibit 11     Eddy Clark's Confidential Separation Outline.

Exhibit 12     Letter from Deena Zadylak to EEOC Investigator Ms. Lynne Morgan,
               Dated March 30, 2007, regarding Matthews complete response to the allegation
               by Eddy Clark, Bates labeled 1094 thru 1098 and
               MIC-EDC1581 thru 1597

Exhibit 13     Letter from MCHR Human Relations Officer Tammy Carlyle to Deena,
               Zadylak, dated July 10, 2007, requesting additional information from
               Matthews

Exhibit 14     Letter from Deena Zadylak to MCHR Human Relations Officer Tammy
               Carlyle, dated August 3, 2007, regarding Matthews complete response
               to questions regarding Eddy Clark, Bates labeled 1087 thru 1093 and
               MIC-EDC1617 thru 1622

               14A.    List of all persons employed in Complainant's
                       Department/work area as of 1/29/07

               14B.    List of all persons selected for permanent layoffs
                       As of 1/31/07

               14C.    List of employees laid off prior to Complainant

               14D.    Complainant's job description, Bates labeled
                       MIC-EDC1626 thru 1628

               14E.    Notice of disciplinary action for Jason Pickens
                       dated 2/17/06

               14F.    Notice of disciplinary action for Jason Pickens
                       dated 5/8/06, Bates labeled MIC-EDC1630

               14G.    Notice of disciplinary action for Eric Nischbach
                       Dated 12/11/06, Bates labeled MIC-EDC1631

               14H.    Notice of disciplinary action for Cindy Printer
                       Dated 2/17/09, Bates labeled MIC-EDC1632

               14I.    Memo regarding coaching session between Randy
                       Peek and James Hoef, dated 7/27/05, signed and
                       Dated 7/28/07, Bates labeled MIC-EDC1633

               14J.    Notice of disciplinary action for Charles Penn

Dated 12/11/06, Bates labeled MIC-EDC1634

14K.   Eddy Clark employee conference form, dated
       5/25/04, Bates labeled MIC-EDC1635

14L.   Tom Foster employee conference form, dated
       5/25/04, Bates labeled MIC-EDC1636

14M.   Copy of error reports generated and/or maintained
       On employees in Complainant's department within
       The six months prior to Complainant's layoff,
       Bates labeled MIC-EDC1637 thru 1664

Exhibit 15   Matthews Handbook Policy regarding Equal Opportunity, Bates labeled
             MIC-EDC1016

Exhibit 16   Matthews Handbook Policy regarding Discrimination and Harassment, Bates
             labeled MIC-EDC1010

Exhibit 17   Matthews Handbook Policy regarding Unlawful Harassment, Bates labeled MIC-
             EDC1023 thru 1025

Exhibit 18   Matthews Handbook Policy regarding Retirement, Bates labeled
             MIC-EDC1133 thru 1134

Exhibit 19   Matthews Handbook Policy regarding Performance Reviews, Bates labeled MIC-
             EDC1017

Exhibit 20   Letter from Beth Conte, Compensation and Benefits Manager to Eddy
             Clark, dated 9/12/05, regarding the American Association of
             Retired Persons

Exhibit 21   Letter from Beth Conte, Compensation and Benefits Manager to Thomas
             Foster, dated 8/4/05, regarding the American Association of
             Retired Persons, Bates labeled MIC-EDC2110 and 2111

Exhibit 22   Eddy Clark personnel file, Bates labeled MIC-EDC1391-1416

Exhibit 23   Eddy Clark Employee Performance Review, dated 7/30/02,
             Bates labeled MIC-EDC1396

Exhibit 24   Eddy Clark Employee Performance Review, dated 7/28/05,
             Bates labeled MIC-EDC1394 and 605 and 606

Exhibit 25   Eddy Clark Employee Performance Review, dated 7/26/06,
             Bates labeled 1210 and 1211

{00028696.DOC}6

Exhibit 26     Eddy Clark Employee Performance Review, dated 7/30/02
               Bates labeled MIC-EDC1395

Exhibit 27     January 31, 2007 letters from Matthews to Clark,
               Bates labeled MIC-EDC1417 thru 1421

Exhibit 28     List of all individuals employed at Matthews' St. Louis
               Location from 2006 to present Bates labeled
               MIC-EDC3310

Exhibit 29     Employees terminated from 2006 to present
               Bates labeled MIC-EDC3308
Exhibit 30     List of all individuals employed at the Matthews' St. Louis
               Location from 2006 to present Bates labeled MIC-EDC3309

Exhibit 31     Eddy Clark hourly pay rate Bates labeled MIC-EDC1438-1443

Exhibit 32     Eddy and Brenda Clark's 2002 U.S. individual tax return

Exhibit 33     Eddy and Brenda Clark's 2007 U.S. individual tax return

Exhibit 34     Eddy and Brenda Clark's 2008 U.S. individual tax return

Exhibit 35     Eddy Clark's 2008 W-2 Wage and tax statements from Kohl's
               Department Stores, The Good Samaritan and Whelan Security Co.

Exhibit 36     Eddy Clark's Earnings Statements from The Good Samaritan
               From 7/19/08 to 9/23/08

Exhibit 37     Eddy and Brenda Clark's 2009 U.S. individual tax return

Exhibit 38     Eddy and Brenda Clark's 2010 income tax return

Exhibit 39     Eddy Clark's 2011 Whelan Security Co. check records

Exhibit 40     Eddy Clark's 2011 Cape Albeon check stubs

Exhibit 41     2007 and 2008 Employee/Employer Health Insurance Contribution Comparison
               Based on Monthly Costs

Exhibit 42     Handwritten list of companies Clark contacted for employment

Exhibit 43     Memo from Eddy Clark to captdefense@yahoo.com– St. Louis
               Security Professionals regarding an employment interview,
               Dated 4/4/08

{00028696.DOC}7

Exhibit 44    Memo from Eddy Clark to Kevin_addison@fastmail.fm, regarding
              Hotel security officer employment position, dated 9/13/08

Exhibit 45    Memo to Eddy Clark from the Transportation Security Administration
              Regarding meeting eligibility requirements for employment, dated
              3/5/09

Exhibit 46    Email memo from Joshua Avigad to Eddy Clark regarding directions
              And address for the TSA Security Screener Test, dated 3/4/09

Exhibit 47    Memo to Eddy Clark from the Transportation Security Administration
              Notifying him of not passing the computerized testing process for
              Employment, dated 3/5/09

Exhibit 48    Email (3/5/09) forwarded to Joshua Avigad from Eddy Clark regarding
              Applying for another security job, dated 9/13/08

Exhibit 49    Email (3/5/09) forwarded to Joshua Avigad from Eddy Clark regarding
              Applying for a security job, dated 4/4/08

Exhibit 50    Email (3/5/09) forwarded to Joshua Avigad from Eddy Clark regarding
              Applying for a cleaning job part time, dated 3/2/08

Exhibit 51    Missouri Career Center Internet Job Search Sites

Exhibit 52    Eddy Clark's List of Indeed Daily Job Alerts for security jobs in St. Louis

Exhibit 53    Matthews job posting on Monster.com for a Graphic Artist-Prepress
              Bates labeled EDC-MIC5347-5348

Exhibit 54    Metro Job Fair application, 5/15/08 (MIC-EDC 3753-3754).

Exhibit 55    2002 Matthews' sales presentation, Beaver deposition, Exhibit 7

Exhibit 56    Page 37 from Exhibit 55

Exhibit 57    page 45 from Exhibit 55

Exhibit 58    Matthews St. Louis Art Department Layout

Exhibit 59    Photos taken by Jan Koprek on December 18, 2004 with approximate
              Dates of Apple releases for specific models

Exhibit 60    Personnel file of Eddy Clark

Exhibit 61    Personnel file of Stephen Anderson, Bates labeled MIC-EDC

{00028696.DOC}8

2154-2207

Exhibit 62    Personnel file of Jeffrey Burris, Bates labeled MIC-EDC2623-2659

Exhibit 63    Personnel file of Thomas Foster, Bates labeled MIC-EDC2085-2136

Exhibit 64    Personnel file of James Morrison, Bates labeled MIC-EDC1695-1696  and 2063-2083

Exhibit 65    Personnel file of Lillian Spruill, Bates labeled MIC-EDC2660-2886

Exhibit 66    Personnel file of John Hardy, Bates labeled MIC-EDC2137-2148

Exhibit 67    Personnel file of Jane Haussels, Bates labeled MIC-EDC2455-2503

Exhibit 68    Personnel file of Janet Koprek, Bates labeled MIC-EDC2019-2062

Exhibit 69    Eric Nischbach Employee Performance Review, Bates labeled MIC-EDC 2553-2554

Exhibit 70    Notice of Disciplinary Action for Eric Nischbach, Bates labeled MIC-EDC1629

Exhibit 71    Lynn Oder Employee Performance Review, Bates labeled MIC-EDC 2895-2900

Exhibit 72    Personnel file of Richard Otte, Bates labeled MIC-EDC2407-2454

Exhibit 73    Richard Otte Employee Performance Review, Bates labeled MIC-EDC 2408-2409 and 1200-1201

Exhibit 74    James Hoeff, Jr. Employee Performance Review, Bates labeled MIC-EDC 2504-2507 and 1204-1207

Exhibit 75    Personnel file of Robert Follis, Bates labeled MIC-EDC2597-2622

Exhibit 76    Cynthia Prinster Employee Performance Review, Bates labeled MIC-EDC 1673-1674 and 609-610 and 1202-1203

Exhibit 77    Division of Employment Security letter to Matthews regarding Jason Pickens claim for unemployment benefits, Bates labeled MIC-EDC 2973-2978

Exhibit 78    Personnel file of Jason Pickens, Bates labeled MIC-EDC2982-3002

Exhibit 79    Eddy Clark's Earnings Statements from The Good Samaritan, Bates labeled MIC-EDC5412-5416

Exhibit 80      Randy Peak Personnel file MIC-EDC 1909-2018

Exhibit 81       Subpoena to Matthews' Corporate Representative, 9/26/08, w/ attachment

Exhibit 82      Defendant Matthews International Corp. Answers to Plaintiff's Complaint

Exhibit 83      Defendant Matthews International Corp. First Amended Answers to
                Plaintiff's Complaint

Exhibit 84      Defendant Matthews International Corp. Answers to Plaintiff's First
                Set of Interrogatories.

                A.  MIC- ED 3308 attached.

                B.  MIC-EDC 3309 attached.

                C.  MIC-EDC 3310 attached

                D.  MIC-EDC 2211 attached.

                E.  MIC-EDC 3312 – 3313 attached

Exhibit 85      Ed Clark's certificate from Matthews International Graphic Systems Division,
                Macintosh Computer Graphics Team, February 1994, for completing the required
                training for Computer Graphics Artist

Exhibit 86      Defendant's Responses to Plaintiff's First Document Production Requests

Exhibit 87      Defendant's Supplemental Responses to Plaintiff's First Document
                Production Requests

Exhibit 88      Missouri State Labor Law Posters, Bates labeled MIC-EDC1546 and
                1549

Exhibit 89      Matthews Employment Application for Eddy Clark, Bates labeled MIC-EDC1406
                and 322-323

Exhibit 90      Eddy Clark Resume, Bates labeled MIC-EDC1407-1408 and 324-325

Exhibit 91      Memo from Kenn Compton of CPCC to Eddy Clark regarding his
                Completion of his degree at CPCC in the 70's

Exhibit 92      Memo to Janet Koprek from Lisa Huseman regarding letter of

Recommendation, dated 2/1/07

Exhibit 93     Memo to Marie Chavis from Dan Mahlin regarding rehire of two past
               Employees, dated 1/18/01, Bates labeled MIC-EDC2906

Exhibit 94     Matthews' new employee checklist for Jason Pickens rehire, Bates labeled MIC-
               EDC2986

Exhibit 95     Matthews' letter from Deena Zadylak to Jason Pickens regarding
               Outplacement support program, dated 10/5/04, Bates labeled MIC-EDC
               2990

Exhibit 96     Notice of Disciplinary Action for Jason Pickens, dated 5/8/06, Bates labeled MIC-
               EDC2981

Exhibit 97     Bates labeled document MIC-EDC5370

Exhibit 98     Eddy Clark's Deposit Advice's from Kohl's, Bates labeled MIC-EDC5371-5398

Exhibit 99     Eddy Clark's Direct Deposit Advice's, Bates labeled MIC-EDC 5399-5402

Exhibit 100    Eddy Clark's pay advice's from Missouri Division of Employment
               Security, Bates labeled MIC-EDC5403-5411

Exhibit 101    Confidential Separation Outline for Janet Koprek, Bates labeled MIC-EDC2047

Exhibit 102    Matthews STL demographics, Bates labeled 773-774

Exhibit 103    Letter from Debbie Way (Compensation & Benefits Specialist) to Janet
               Koprek regarding her right to continue insurance coverage under the Matthews
               International Corp. group health plan, dated 1/31/07,
               Bates labeled MIC-EDC2033-2038

Exhibit 104    Missouri Commission on Human Rights Charge of Discrimination filed by Janet
               Koprek, 6/21/07, Bates labeled MIC-EDC5434

Exhibit 105    Missouri Commission on Human Rights Notice of Right to Sue for Janet
               Koprek, dated 11/9/07, Bates labeled MIC-EDC5435-5436

Exhibit 106    Matthews STL demographics, Bates labeled MIC-EDC5420-5421

Exhibit 107    Memo from Monster Job Search Agent to Jan Koprek regarding job search
               Results, dated 5/22/08, Bates labeled MIC-EDC5430

Exhibit 108    Memo from Jan Koprek to Lisa at graphicsjobs@hotmail.com regarding
               Graphic Artist-Prepress position, dated 5/22/08, Bates labeled MIC-EDC

5431

Exhibit 109   Memo from Monster.com to Jan Koprek regarding confirmation of submission of
job applied for, dated 6/13/08, Bates labeled MIC-EDC5432

Exhibit 110   Memo from Lisa Huseman to Jan Koprek, regarding returning to work,
Dated 6/20/08, Bates labeled MIC-EDC5433

Exhibit 111   Memo from Lisa Huseman to Janet Koprek regarding letter of recommendation,
dated 2/1/07, Bates labeled MIC-EDC5428-5429

Exhibit 112   Letter from Kerry Beaver to Janet Koprek regarding previous employment
information, dated 3/12/07, Bates labeled MIC-EDC5425

Exhibit 113   Equal Employment Opportunity Commission Intake Questionnaire for
Janet Koprek, Bates labeled MIC-EDC5437-5441

Exhibit 114   Employee Performance Reviews for Janet Koprek, Bates labeled MIC-EDC2024-
2031 and EDC-MIC5426-5427; Employment Eligibility Verification for Janet
Koprek, Bates labeled MIC-EDC2053

Exhibit 115   Matthews International Annual Report 2006

Exhibit 116   Matthews International Annual Report 2007, Bates labeled MIC-EDC3220-3307

Exhibit 117   Matthews International Company Handbook, Bates labeled MIC-EDC
1000-1389

Exhibit 118   Eddie Clark Deposition, taken October 7, 2008, and Exhibits to same.

Exhibit 119   Tom Foster' Deposition and all Exhibits to same.

Exhibit 120   Randall Peek Deposition, and exhibits attached to same.

Exhibit 121   Kerry Beaver Deposition, and exhibits attached to same.

Exhibit 122   Janet Koprek Depositon, and exhibits attached to same

Exhibit 123   Daniel Martinez Deposition, and exhibits attached to same.

Exhibit 124    Deena Zadylack deposition, and exhibits attached to same.

Exhibit 125   Signed note from Randall Peek to Deena Zadylak, dated 3/27/07 (SJ EX 4).

Exhibit 126   Ron Styles Personnel File (MIC-ED 2239-2264; 2277-2283; 2287-2302; 2305-
2317

Exhibit 127   Jim Runge Personnel File (MIC-EDC 2318-2364)

Exhibit 128   Jen Mersinger Personnel File  (2365-2406)

Exhibit 129   Wildering Personnel file (MIC-2455-2503)

Exhibit 130   James Hoeff Personnel File (MIC-EDC 2504-2538)

Exhibit 130   Eric Nischbach Personnel  File (MIC-EDC 2539-2573)

Exhibit  131   Cindy Prinster Personnel File (MIC-EDC 2574-2596; 1673-1674)

Exhibit 132   Mike Deloef  Personnel File (MIC-EDC 2699-2730; 2887-2888)

Exhibit 133   Lynn Oder Personnel File

Further, Plaintiff intends to put into evidence his legal fees and costs at the conclusion of the litigation, and upon a hearing by the Court to address same, as EXHIBIT 134.

In addition to the exhibits detailed above, Plaintiff may seek to have submitted into evidence Exhibits that summarize the evidence presented into evidence, including but not limited to:

1. Exhibit 135, Summary Time Line of Red, Blue, Purple Teams from 2000/2001 to January 31, 2007.

2. Exhibit 136, Probability Distribution of Protected Age Employees being laid-off during the Clark Termination Event.

**INTERROGATORIES AND ADMISSIONS PLAINTIFF MAY USE AT TRIAL**

Pursuant to Section II, paragraph 4 of the Court's Order relating to trial, Plaintiff  states he may submit the following interrogatory answers into evidence: Defendant Matthews International Corp. Answers to Plaintiff's First Set of Interrogatories: 1 (and document cited therein), 2 (and document cited therein); 3( and documents cited therein); 4;  Further, Plaintiff may use Defendants' Responses to First document Production Requests, 1, 2, 3, 4, 5, 6, 7, 8, 9,

10, 11, 12, 13, 14, 15, 16,17; and Defendants' Supplemental Responses to First document

Production Requests, 1, 2,3,4,5,6,7,8,9,10,11,12,13,14,15,16, 17; Answers in Answer ¶¶, 2,4,10,

35,36,37,39,40,41,42,43,44,45,46,47; Answers in Amended Answer ¶¶ 2, 4, 10, 35, 36, 37, 39,

40, 41, 42, 43, 44, 45, 46, 47.

## DEPOSITION CITATIONS THAT WILL OR MAY BE USED

Nov 5, 2008 Zadylack Corporate Representative deposition, will use: p. 107, ln 18-22; p.

107, ln 23 to p. 108, ln 103.

As to the November 5, 2008 Zadylack Corporate Representative deposition, Plaintiff may

use the following testimony: p. 5, ln 2-9; p. 5, ln 11-17; pp. 6-8; p. 6, ln 13-19; p. 7, ln 11 to p. 8,

ln 23; p. 9, ln 1-5.p. 10, ln 16-23;p. 11, ln 1-9; p. 11, ln 10-22; p. 12, ln 10-13; p. 12, ln 14-23; p.

13, ln 1-4; p. 13, ln 8 to p. 14, ln 23; p. 5, ln 1 to p. 17, ln 17. P. 17, ln 18 to p. 18, ln 4; p. 18, ln

8 to p.20, ln 5;p. 20, ln 11 to p. 21, ln 12; p. 21, ln 13-17; p. 21, ln 18; p. 22, ln 2-7; p. 23, ln 13-

23; p. 24, ln 1 to p. 28. Ln 22; p. 28, ln 23 to  p. 30 to p. 30, ln 21; p. 30, ln 22 to p. 31, ln 7; p.

31, ln 8 -13; p. 31, ln 14-19; p. 31, ln 20  to p. 32, ln 16; p. 32, ln 17-22; p. 32, ln 23, ln 19; p. 34,

ln 6-12; p. 34, ln 13-10; p. 35, ln 11-21;p. 36, ln 18 to p. 37, ln 12; p. 37, ln 15-22; p. 38, ln 8 to

p. 39, ln 20; p. 42, ln 8-12;; p. 44, ln 20 to p. 45, ln 24; p. 45, ln 15-21; p. 45, ln 22 to p. 47, ln

23; p. 48, ln 3, ln 10; p. 49, ln 1-4; p. 49, ln 5-22; p. 50, ln 14 to p. 51, ln 6; p. 51, ln 7-111, p. 21;

p. 52, ln 9-14; p. 52, ln 15-20; p. 52, ln 21 to p. 53, ln 3; p. 53, ln 4-19; p. 53, ln 20 to p. 54, ln

14; p. 54, ln 15-18; p. 54, ln 19-23; p. 55, ln 1-21; p. 55, ln 22 to p. 56, ln 9;p. 58, ln 21-23.; p.

59, ln 19-23;; p. 62, ln 1-5; p. 62, ln 6-9; p. 64, ln 22 to p. 65, ln 3; p. 65, ln 4-5; p. 65, ln 6-12; p.

65, ln 21 to p. 66, ln 22; p. 66, ln 23 to p. 67, ln 9; p. 67, ln 10-18;p. 67, ln 19 to p. 69, ln 17; p.

71, ln 4-21; p. 71, ln 22 to p. 73, ln 1; p. 73, ln 2-14; p. 73, ln 15-22; p. 73, ln 23 to p. 74, ln 6; p.

74, ln 13-21; p. 75, ln 10-15; p. 75, ln 16 to p. 76, ln 12; p. 77, ln 21 to p. 78, ln 2; p. 78, ln 6-11;

p. 78, ln 12-19; p. 78, ln 23 to p. 80, l 11; p. 80, ln 22 to p. 81, ln 7; p. 82, ln 1-8; p. 83, ln 18-23;

p. 84, ln 1-17; p. 85, ln 1-20; p. 85, ln 21 to p. 86 ln 14;p. 87, ln 7-19 p. 88, ln 18-20; p. 88, ln 1

to p. 89, ln 21; p. 89, ln 22 to p. 90, ln 2; p. 90, ln 3-12, p. 90, ln 13-20; p. 90, ln 21 to p. 91, ln 1;

p. 91, ln 2-10; p. 91, ln 11-13; p. 91, ln 14-20; p. 91, ln 21 to p. 92, ln10; p. 92, ln 12-21; p. 92, ln

22-93, ln 21; p. 93, ln 22 to p. 94, ln 9; p. 94, ln 10 to p. 95, ln 8; p. 95, ln 9-11; p. 95, ln 14 to p.

96, ln 10; p. 96, ln 11-15; p. 96, ln 16 to p. 97, ln 23; p. 98, ln 1 to p. 98, ln 7; p. 98, ln 8-20; p.

98, ln 21 to p. 99, ln 1; p. 99, ln 2-4; p. 99, ln 6-21. P. 99, ln 22 to p. 100, ln 23; p. 101, ln 10-13;

p. 101, ln 19 to p. 103, ln 4; p. 103, ln 5-8; p. 104, ln 6-9; p. 106, ln 17-22; p. 106, ln 23 to p.

107, ln 4; p. 107, ln 5-8; p. 107, ln 9-11; p. 107, ln 12-17; p. 107, ln 18-22; p. 107, ln 23 to p.

108, ln 103; p. 109, ln 1 1-7; p. 109, ln 8 to p. 110, ln 3; p. 110, ln 4 to p. 111, ln 7;p. 11, ln 8 to

p. 111, ln 22, p. 1, ln 23 to p. 11, ln 12; p. 112, ln 13-20;; p. 112, ln 21 to p. 113, ln 5 and 115 ln

2-4; p. 115, ln 5-21; p. 115, ln 22 to p. 116, ln 1. P. 116, ln 2-14; p. 116, ln 20 to p. 117, ln 16; p.

117, ln 1-22; p. 117, ln 23 to p.  118, ln 5; p. 119, ln 1-7; p. 119 ln 817; p. 119, ln 18-2; p. 120, ln

4-21; p. 120, ln 22 to p. 121, ln 8; p. 121 ln 9 to p. 122, ln 11 p. 122, ln 17-21; p. 123, ln 1-21; p.

124, ln 2-21;. P. 125, ln 12 to p. 126, ln 21; p. 126, ln 22 to p. 127, ln 2; p. 128, ln 3- 129, ln 16;

p. 129, ln 17 to p. 130, ln 22; p. 130, ln 23 to 131, ln 14; p. 131, ln 15-18;p. 12, p. 133 ln 4-13; p.

133, ln 19-23; p. 16 to p. 135, ln 18; p. 137, ln 1 to p. 138, ln 1;p. 138, ln 2-23; p. 139; p. 140, ln

2-23; p. 141, ln 1 to p. 142, ln 4; p. 142, ln 5 to 143, ln 3; p. 143, ln 4 to p. 144, ln 18; p. 144, ln

19 to p. 148, ln 6; p. 148, ln 7-23; p. 149, ln 21 to 151, ln 8,; p. 151 ln 9-11; p. 151, ln 16-21; p.

157, ln 9-14; p. 153, ln 22; p. 154, ln 2; p. 156, ln 17-18; p. 157, ln 13 to p. 158, ln 8; p. 158, ln

19 to p. 160, ln 1; p. 160, ln 14 to 161, ln 20; p. 162, ln 19 to p. 165, ln 20; p. 166, ln 5-19; p.

169, ln 19 to 170, ln 3; p. 170, ln 4-8; p. 170, ln 9 to 172, ln 5; p. 172, ln 10-17; p. 171, ln 18-

173, l2; 173, ln 10 to ln 174, ln 7; p. 174, ln 8-15; p. 174, ln 16-23;  p. 176, ln 17 to p. 177, ln 2;

p. 177, ln 22 to p. 180, ln 15; p. 181, ln 12-15; p. 182, ln 8 to 183, ln 8; p. 183, ln 9 to 184, ln 23; p. 185, ln 12-15; p. 185, ln 16-21; p. 186, ln 8 to p. 187, ln 6;; p. 191, ln 9 to 192, ln 4;.p. 192, ln 6-13; 192, ln 17 to 193, ln 19; p. 194, ln 8-21; ln 195, ln 1-4; p. 195, ln 11-16; 195, ln 22 to 196, ln 4; p. 196 ln 5 to ln 8; p. 196, ln 9 to 196, ln 12; 196, ln 13 to 197, ln 3 to ln 13; 197, ln 15 to 198 ln 23; p. 199. Ln 23 to p. 200, ln 23; p. 202, ln 4 to p. 203, ln 18; p. 204, ln 3 to 205, ln 9; P. 206, ln 22 to p.207, ln 1 to p. 209, ln 10. P. 209, ln 20 to p. 210, ln 2 p. 210, ln 3 to p 214, ln 2; p. 214, ln 3 to p. 219, ln 10; p. 219, ln 22 to 220, ln 21; p. 22, ln 17 to 223, ln 16. P. 227, ln 6-11; p. 230, ln 22 to 231, ln 23; p. 232, ln 18 to p. 233, ln 22; p. 234, ln 9-11; p. 235, ln 21 to 236, ln 2; p. 238, ln 1 to 239, ln 21, p. 239, ln 21 to p. 240, ln 14; p. 240, ln 17 to 19. P. 241, ln 1 to 242, ln2 p-. 243, ln 6-10; p. 248, ln 15-23; p. 249, ln 20 to 253, ln 23; p. 255, ln 19 to 257, ln 19. P. 257, ln 20-23; p. 258, ln 6 to p. 263, ln20; p. 264, ln 3 to p. 265 ln 5; p. 27o, ln 23 to 271, ln 6; p. 273, ln 2-4; p. 281, ln 16 to 285, ln 7; p. 285 ln 9-12; p. 285, ln 16 to p. 287, ln 6; p. 288, ln 10 to p. 291, ln 15; p. 292, ln 2 to 294, ln 12; p. 294, ln 22 to 298, ln  12; p. 298, ln 19 to 299 to 301, ln 15; p. 303, ln 13-14; p. 303, ln 22 to 304, ln 11; p. 305, ln 4 to p. 306, ln 13; p. 307, ln 6-16; p. 307, ln 17 to to 310, ln 13; p. 310, ln 23 to p. 312, ln 20; p. 313, ln 1 p. 315, ln 20; p. 316, ln 2 to p. 319, ln3; p. 319, ln 8 to 320, ln 3; p. 320, ln 4-12; p. 321, ln 12 to p. 322, ln 6; p. 322, ln 7 to 323, ln 9; p. 324, ln 10 -23.

As to the December 1, 2008 November 7, 2008 deposition of Kerry Beaver, Plaintiff may use the following testimony: p. 6, ln 11 to p. 7, ln 21; p. 10, ln 22 to p. 12, ln 6; p. 12, ln 22 to p. 13, ln 11; p. 13, ln 23 to p. 17, ln 24; p. 18, ln 1 to p. 19, ln 2; p. 19, ln 3 to p. 38, ln 24;  p. 39, ln 1; p. 41, ln 2 to p. 42, ln 21; p. 46, ln 24 to  to p. 48, ln 19; p. 49, ln 6 to p. 51, ln 9; p. 51, ln 14 to p. 55, ln 24; p. 56, ln 1 to p. 59, ln 19; p. 60, ln 1-5; p. 60, ln 7 to p. 61, ln 1; p. 61, ln 2-8; p. 61, ln 9 to p. 63, ln 1;p. 62, ln 2 to p. 64, ln 3; p. 64, ln 4 to p. 65, ln 8; p. 65, ln 19-23, p. 65, ln 24 to

66,ln 2; p. 66, ln 3 to 7; p. 66, ln 7-13; p. 66, ln 14-18; p. 66, ln 19-22; p. 66, ln 23 to p. 67, ln 1;

p. 67, ln 2-11; p. 69, ln 20 to p. 71, ln 2; p. 71, ln 3 to p. 73, ln 14; p. 75, ln 22 to p. 76, ln 22; p.

78, ln 13-16; p. 78, ln 17 ln 17-23; p. 78, ln 24 to p. 79, ln 14; p. 80, ln 7-12;p. 80, ln 13 to p. 81,

ln 3; p. 81, ln 12 to p. 82 ln 6; p. 82, ln 7 to p. 83, ln 23; p. 83, ln 24 to p. 84, ln 10,; p. 84, ln 1-

21; p. 84, ln 22 to p. 85, ln 3; p. 85, ln 4 to p. 85, ln 22; p. 86, ln 5 -10; p. 86, ln 18 to p. 87, ln

10; p. 91, ln 20 to p. 94, ln 5; p. 94, ln 24-20; p. 95, ln 10 to p. 98, ln 2;; p. 98, ln 23 to p. 99, ln

13; p. 99, ln 14 to p. 100, ln 17. P. 100, ln 18-23; p. 100, ln 24 to p. 101, ln 8; p. 101, ln 9-21; p.

101, ln 22 to p. 102, ln 8 p. 102, ln 9- to p. 103, ln 9; p. 103, ln 10-14;  p. 103, ln 21 to p. 104, ln

14; p. 104, ln 15-20; p. 104, ln 21 to p. 105, ln 4 to p. 105, ln 17; p. 106, ln 20-23; p. 106, ln 24

to p. 107, ln 6; p. 107, ln 7 to 22;; p. 109, ln 19-24; p. 110, ln 3-17; p. 113, ln 22 to p. 114, ln 16;

p. 114, ln 17 -20; p. 114, ln 22 to . 5, ln 1; p. 115, ln 2-12; p. 116, ln 17 to p. 118, ln 10; p. 122,

ln 20 to p. 123, ln 15; p. 123, ln 16 to p. 127, ln 9; p. 129, ln 7 to p. 133, ln 2.

As to the December 1, 2008 Deposition of Daniel Martinez, Plaintiff may use the

following testimony: P 1, ln 1 to p. 111, ln 17; p. 11, ln 19-25; p. 13, ln 5 to p. 14, ln16; p. 14, ln

17 to p. 17, ln 17. P. 20, ln 3 to p. 21m ln 2; p. 21, ln 3-15.; p. 26, ln 24 to p. 27, ln 25;. P. 28, ln

17-25; p. 29, ln 17-21; p. 33, ln 17 to p. 36, ln 5 p. 36, ln 9 to p. 35, ln 15; p. 36, ln 16-19; p. 38,

ln 20 to p. 42, ln 8; p. 54, ln 11-14;; p. 59, ln 15-20.; p. 66, ln 18-22; p. 66, ln 23 to p. 67, ln 17.;

p. 67., ln 18-23; p. 70, ln 13-19; p. 70, ln 20 to p. 71, ln 23; p. 72, ln 14-17; p. 73, ln 6-14; p. 76,

ln 22 to p. 77, ln 3.

As to the November 5, 2008  Deposition of Randall Peek, Plaintiff may use the following

testimony: p. 4, ln 18 to p. 5, ln 12; p. 5, ln 17 to p. 7, l;n 6; p. 7, ln 10 to p. 8, ln 1; p. 8, ln 19 to

p. 9, ln 5; p. 9, ln 6 to p. 10, ln 12 p. 10, ln 9 to p. 11, ln 8; p. 11, ln 7-13; p. 11, ln 14 to p. 12, ln

4;p. 12, ln 13 to 23, p. 13, ln 8-19; p. 14, ln 5-15; p. 14. Ln 19 to p. 15, ln 18; p. 18, ln 2-11; p.

18, ln 12-17; p. 18, ln 21-24; p. 18, ln 25 to p. 23.; p. 20, ln 2-5; p. 20, ln 6-10p. 20, ln 12-17; p.

21, ln 1 to p. 22, ln 9; p. 22 ln 10 to p. 23, ln 16; p. 23, ln 17-25; p. 24 ln 1-5; p. 24, ln 6-12 p. 25,

ln 6-9, p. 25, ln 12 – 19; p. 25, ln 21 to p. 26, ln 5p. 26. Ln 6-20; p. 26, ln 21 to p. 27, ln 5;. P. 27,

ln 6 to ln 15; p. 27, ln 16 to p. 28, ln 1; p. 28, ln 2 to p. 29, ln 2; p. 29, ln 3-22; p. 29, ln 23 to p.

30, ln 5-14 p. 30, ln 18 to p. 31 to p. 32, ln 8; p. 32, ln 9-11; p. 32, ln 14-24; p. 2, ln 25 to p. 33,

ln 3; p. 33, ln 4-6; p. 33, ln 7-13; p. 33, ln 14-15;, p. 33, ln 16-24; p. 33, ln 25 to p. 34, ln 10; p.

34, ln 11-34;p. 35, ln 1-7; p. 35, ln 7-18;; p. 35, ln 22 to p. 36, ln 5; P. 36, ln 6-8; p. 36, ln 9-11;

p. 36, ln 12-14; p. 36, ln 15-18; p. 36, ln 19-22; p. 36, ln 23 to p. 37, ln 2; p. 37, ln 11-14;. 37, ln

23 to p. 38, ln 2; p. 38, ln 5-22; p. 38, ln 23 to p. 39, ln 2; p. 39, ln 3-6; p. 39, ln 7-13; p. 39, ln 22

to p. 41, ln 6; p. 41, ln 7 to p. 41, ln 13; p. 41, ln 16-24; p. 41, ln 25 to p. 42, ln 8; p. 42, ln 9-22;

p. 42, ln 23 to p. 43, ln 7; p. 43, ln 8-25; p. 44, ln 1-17; p. 44, ln 22 to to p. 45, ln 16 p. 45, ln 17-

13; p. 45, ln 24 to p. 46, ln 2; p. 46, ln 3 to 5; p. 36, ln 8 to p. 46, ln 11; p. 46, ln 15-18;. P. 46, ln

19 to p. 47, p. 47, ln 11; p. 47, ln 12-15; p. 47, ln 17 to p. 48 to p. 49, ln 8, p. 49, ln 9-18;; p. 50,

ln 14 to p. 52, ln 23. P. 52, ln 24 to p. 53, ln 9; p. 55, ln 16 to p. 57, ln 14,; p. 59, ln 19 to p. 60, ln

3; p. 60, ln 4-12 p. 60, ln 21 to p. 61, ln1; p. 61, ln 7 to p. 61, ln 25; p 62, ln 5-13; p. 62, ln 14-19;

p. 62, ln 20-23p. 62, ln 24 to p. 63, ln 7;. P. 63, ln 13-15; p. 63, ln 16-19; p. 64, ln 20 to p. 65, ln

7; p. 65, ln 18-24; p. 65, ln 25 to p. 66, ln 2; p. 66, ln 3 0 6; p. 66, ln 6-15; p. 66, ln 16-24; p. 66,

ln 25 to p. 67, ln 15; p. 67, ln 16 to p. 24, ln 25; p. 68, ln 2 to 17; p. 68, ln 18-22;; p. 69, ln 6-11;;

p. 70, ln 14-19; p. 70, ln 21 to p. 71, ln 1; p. 71, ln 2 to  to 72, ln 4; p. 72 ln 5 to p. 73, ln 13; p.

73, ln 14 to p. 74, ln 2; p. 74, ln 3 to  to 76, ln 11; p. 76, ln 12 to p. 790, ln 4; p. 79, ln 8-17; p.

79, ln 18 to p. 80, ln 15;; p. 80, ln 16to p. 82, ln 7; p. 82, ln 11 to p. 83 to p. 83, ln 21; p. 83, ln 22

to 25;p. 84, ln 1-6; p. 84, ln 7-25; p. 85, ln 6-15; p. 85, ln 16 to p. 86, ln 6; p. 86, ln 7-23; p. 86, ln

24 to p. 87, ln 2; p. 87, ln 3-25; p. 87 ln 18-25; p. 88, ln 1-7; p. 88, ln 8-18; p. 88, ln 19 to p. 89,

ln 16; p. 89, ln 16 to p. 90, ln 21; p. 90, ln 24 to p. 91, ln 1; p. 91, ln 2 to p. 92, ln 4; p. 92, ln 2-4;

p. 93, ln 16-21; p. 93, ln 22 to p. 94, ln 1; p. 94, ln 2-6; p. 94, ln 23 to p. 95, ln 1; p. 95, ln 2-95,

ln 11; p. 95, ln 12 to p. 96, ln 13; p. 96, ln 14-19; p. 96, ln 20-22; p. 97, ln 4 -25; p. 98, ln 1-12; p.

98, ln 21-25; p. 99, ln 1-3; p. 110 ln 10 top. 101, ln 19;. P. 101, ln 24 to p. 102, ln 18; p. 102, ln

19 to p. 103, ln 6; p. 103, ln 7 to p. 104, ln 7; p. 104, ln 8-11; p. 105, ln 7-13; p. 105, ln 24 to

106, ln 2 p. 106, ln 3 to p. 107 to p. 108, ln 6; p. 108, ln 15 to p. 109, ln 1; p. 109 to 110, ln 1; p.

110, ln 2-4 p. 11, ln 18 to p. 112, ln 15; p. 113 ln 21 to p. 114, ln 5;; p. 114, ln 23 to p. 115, ln 3;

p. 115, ln 13-18; p. 116, ln 5 to 116, ln 25; p. 117, ln 1 to p. 119, ln 5; p. 119, ln 6-11; p. 119, ln

15-20; p. 119, ln 21 to 120, ln 23p 121, ln 2-20; p.121, ln 22 to 122, ln 15; p. 122, ln 16-24; p.

122, ln 25 to 123, ln  to p. 124, ln 21 p. 125, ln 1 to 129, ln 13; p. 129, ln 14 to p. 131, ln 22; p.

132, ln 10-17 ; p. 134, ln 1 to ln 24; p. 134, ln 25 to p. 135, ln 23; p. 135, ln 25, ln 14; p. 136., ln

19 to p. 137, ln 14 to p. 138, ln 18; p. 138, ln 19 to p. 139, ln 25.

As to the April 8, 2009, Deposition of Janet Koprek, Plaintiff may use the following

testimony: p. 6,ln 1 to p. 7, ln 2; p. p. 8, ln 4 to p. 11, ln 5;  p. 11, ln 9 to p. 17, ln 6; p. 17, ln 10-

13; p. 27 to p. 28, ln 23; p. 30, ln 1 to p. 31, ln 1p. 32, ln 2-9; p. 33, ln 17 to p. 35, ln 15; p. 26, ln

2 to p. 27, ln 14;; p. 37, ln 5 to p. 39, ln 22; p. 39. Ln 23 to p. 42, ln 18; p. 44ln 19 to p. 45, ln 18;

p. 45, ln 23 to p. 47, ln 23 p. 48, ln 8-13; p. 48, ln 14 to p. 55, ln 12; p. 55, ln 16 to p. 56, ln 5; p.

56, ln 6-10; p. 56, ln 11-25;; p. 57, ln 10-23; p. 57, ln 24 to p. 58, ln 5;p. 48, ln 20 to p. 66, ln 25;

p. 67, ln 1-25; p. 68, ln 1 to p. 69, ln 4; p. 69, ln 5 to p. 71, ln 9; p. 71, ln 11 to p. 73, ln6; p. 73,

ln 9 to p. 74, ln 6; p. 74, ln 7 to 23; p. 74, ln 24 to p. 75, ln 9; to p. 76, ln 11 p. 76, ln 18-21; p.

77,ln 1-5; p 78, ln 23 to p. 79, ln 1; p. 79, ln 7-9; p. 79, ln 10-12; p. 79, ln 13 to p. 21; p. 79, ln 25

to p. 80, ln 7; p. 80, ln 19-24; p. 80, ln 25 to p. 81,  ln 2; p. 81, ln 3-5; p. 81, ln 6-8; p. 81, ln 9-22;

p. 81, ln 25 to p. 82, ln 18; p. 83, ln 3 to p. 84, ln 12 p. 84, ln 19-21; p. 86, ln 25 to p. 87 ln 23; p.

90, ln 16 to p. 91 to p. 91, ln 16; p. 92, ln 7-13; p. 92, ln 15-23; p. 92, ln 24 to to p. 93, ln 13; p.

93, ln 25 to p. 94, ln 11; p. 96, ln 2-9; p. 103, ln 12 to p. 106, ln 3; p. 107, ln 5-7; p. 109, ln 17 to

p. 110, ln 20; p. 11, ln 10 to p. 112, ln 4; p. 112, ln 11 to p. 113, ln 5; p. 113, ln 6 to p. 117, ln 21;

p. 121, ln  11 to p. 122, ln 13; p. 122, ln 14; p. 125, ln 9 p. 126, ln 2; p. 126, ln 3-7; p. 126, ln 8-

11; p. 126, ln 12 to p. 127, ln 3; p. 127, ln 4-9; p. 127, ln 10-11; p. 127, ln 12-18; p. 127, ln 19 to

p. 128 ln 2; p.128, ln 3-6; p. 128, ln 7-12; p. 128, ln 13 to p. 129 ln 14; p. 129, ln 15-25; p. 130,

ln 1-8; p. 130, ln 9-11; p. 130, ln 12-17; p. 130, ln 18-21; p. 130, ln 22-25; p. 131, ln 1-3; p. 131,

ln 4-5;; p. 131, ln 11 to p. 132, ln 4; p. 132, ln 5-18; p. 132, ln 19-24; p. 132, ln 25 to p. 133, ln2,

p. 133, ln  3-12; p. 133, ln 13-56; p. 133, ln 19-19; p. 133, ln 20 to p. 134, ln 4-18; p. 134, ln 19

to p. 135, ln 2; p. 135, ln 3-21; p. 135, ln 19 to p. 136, ln 18; p. 136, ln 19-21; p. 136, ln 22; p

137, ln 7 to p. 137, ln 18 p. 137, ln 19 to p. 138, ln 6; p. 138, ln 1-13; p. 138, ln 22-25; p. 139, ln

1-8; p. 139, ln 22 to p. 140 to p. 140, ln 10; p. 140, ln 11 to p. 142, ln 14; p. 144, ln 2; p. 148, ln 6

to p. 151, ln 7.

As to the November 25, 2008, Deposition of Tom Foster, Plaintiff may use the following

testimony: p. 5 ln 11 to p. 12, ln 17;  p. 13, ln 5 to p. 15, ln 20, p. 15, ln 21 to p. 16, ln 15; p. 16,

ln 18 to p. 23, ln 6; p. 23, ln 7 to p. 26, ln 17 p 26, ln 25to p. 36 ln 24; p. 37, ln 3 to p. 40, ln 3; p.

40, ln 4-7; p. 40, ln 9-13; p. 40, ln 18-23; p. 41, ln 1-3; p. 41, ln 12-23; p. 45, ln 6-14;; p. 46, ln 5-

21; p. 46, ln 22 ln 22; p. 47, ln 23, ln 7; p. 48, ln 8-20; p. 48, ln 24 to p. 49, ln 23; p. 49, ln 24; p.

49, ln 25 to p. 55, ln 3; p. 55, ln 14-17; p. 55, ln 20-24; p. 55, ln 25 to p. 56, ln 8; p. 56,ln 9-17; p.

56, ln 18 to p. 57, ln 15; p. 57, ln 16-21; p. 57, ln 24 to p. 58, ln 16; p. 58, ln 20 to p. 59, ln 11; p.

59, ln3-11; p. 59, ln 12 to p. 60 to p. 64, ln 23; p. 65, ln 7 to p. 66, ln 23; p. 67, ln 15-23;; p. 71,

ln 10 to p. 74, ln 16; p. 74, ln 22 to p. 76, ln 25; p. 84, ln 20 to  p. 86, ln 3; p. 87, ln 2-21; p. 87,

ln 22 to 88, ln 25; p. 90, ln 2 to p. 91, ln 10; p. 91, ln 13 to p. 92, ln 16; p. 94, ln 2 to p. 94, ln 21;

{00028696.DOC}20

p. 94, ln 22 to p. 95, ln 5; p. 95, ln 11-19; p. 95, ln 20 to p. 96, ln 14; p. 99, ln 22 to p. 101, ln 25;

p. 102, ln 1 to 102, ln 25; p. 103, ln 3- 19; p. 104, ln 15 to p. 105, ln 14; p. 105, ln 20; p. 108, ln

19 to p. 109, ln5;; p. 114, lm 13-13; p. 115, ln 7-17; p. 115, ln 18-22; p. 116, ln 3-19; p. 116, ln

20 to 117, ln 11 to p. 118, ln 21 p. 119, ln 2 -14; p. 1119, ln 17 to 120, ln 1; P. 120, ln 14 to p.

121, ln 4; p. 121, ln 14-21; p. 121,, ln 22 top. 122, ln 5; p. 122, ln 23 to p. 123, , ln 20;; p. 123, ln

21 to p. 124, ln 15; p. 124, ln 23 to p. 125, ln 23; p. 24,  to p. 127, ln 1;; p. 128, ln 10-25; p. 129,

ln 1-21.

As Plaintiff intends to testify at trial, he has no intention of using his deposition

transcript. Notwithstanding, plaintiff may use the entirety of his deposition of October 7, 2008,

and any components thereof due to the unforeseen circumstances.

Respectfully Submitted by,


/s/ Joshua Avigad

Lawrence P. Kaplan
Joshua M. Avigad
KAPLAN ASSOCIATES, LLC
Attorneys for Plaintiff
101 South Hanley Road
Suite 1225
St. Louis, Missouri 63105
Telephone:  314.863.2929
Facsimile:  314.863.9777

Attorneys for Eddy Clark

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of August, 2011, the foregoing was filed electronically with the Clerk of Court to be served on all parties by operation of the Court's electronic filing system.

/s/ *Joshua M. Avigad*

{00028696.DOC}22